# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: <br>    Joseph Davenport <br><br> Debtor | Case No. <u>15-53351</u> <br><br> Judge: <u>CALDWELL</u> <br><br> Chapter: 13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:    Debtor;    Joseph Davenport

FORMER ADDRESS:    6017 Lakefront Ave
                                    Hilliard, OH 43026

NEW ADDRESS:    71328 648th Ave
                              Verdon, NE 68457

DATE: Thursday, January 07, 2016        */s/ Michael A. Cox*
                                                                Michael A. Cox (0075218)
                                                                Attorney for Debtor
                                                                Guerrieri & Cox
                                                                2500 North High Street, Ste. 100
                                                                Columbus, OH 43202
                                                                (614) 267-2871

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Thursday, January 07, 2016.

                                                                  */s/ Michael A. Cox*
                                                                  Michael A. Cox (0075218)
                                                                  Attorney for Debtor