# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. <u>15-53351</u> |
|     Joseph Davenport ) | |
| ) | Judge: <u>CALDWELL</u> |
| ) | |
|                   Debtor ) | Chapter:  13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:      Debtor;      Joseph Davenport


FORMER ADDRESS:                              71328 648th Ave
                                                                           Verdon, NE 68457

NEW ADDRESS:                                   803 Riverbend Rd
                                                                           Clinton, TN  37716

DATE: Monday, January 23, 2017            */s/ Michael A. Cox*
                                                                           Michael A. Cox (0075218)
                                                                           Attorney for Debtor
                                                                           Guerrieri & Cox
                                                                           2500 North High Street, Ste. 100
                                                                           Columbus, OH 43202
                                                                           (614) 267-2871

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Monday, January 23, 2017.

                                                                           */s/ Michael A. Cox*
                                                                           Michael A. Cox (0075218)
                                                                           Attorney for Debtor